# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1870
_____

SUAVAE ORION NASH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance Neff, Judge.

July 15, 2026

PER CURIAM.

Suavae Orion Nash appeals the judgment and sentence imposed following his conviction of attempted first-degree murder with a firearm. Because the trial court did not orally pronounce that Nash would be required to pay the costs associated with urinalysis testing as a condition of probation, we reverse the order of probation to strike that condition. We otherwise affirm.

AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael J. Titus, Assistant Regional Conflict Counsel of the Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.